■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALLACE McCULLOUGH, Appellant. [741 NYS2d 688] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered April 26, 2000, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's sentence was not unconstitutionally excessive (*see, People v Thompson*, 83 NY2d 477). Furthermore, we perceive no basis for a discretionary reduction of sentence. Concur—Nardelli, J.P., Saxe, Buckley, Sullivan and Gonzalez, JJ.